(102 So. 805)

**EQUITABLE CREDIT CO. v. STATE ex rel. Ben G. PERRY. (6 Div. 311.)**

(Supreme Court of Alabama. Dec. 18, 1924. Rehearing Granted Jan. 22, 1925.)

Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

London, Yancey & Brower and Clara Cain and R. L. Norton, all of Birmingham, for appellant.

Harwell G. Davis, Atty. Gen., and Ben G. Perry, Deputy Sol., of Bessemer, for appellee.

PER CURIAM. Rehearing granted; former opinion withdrawn; judgment of reversal set aside and affirmed on authority of Equitable Credit Co. v. State (6 Div. 181, Ala. Sup.) ante, p. 406, 102 So. 802, and Equitable Credit Co. v. State (6 Div. 312, Ala. Sup.) ante, p. 407, 102 So. 803.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

[1] Ante, p. 406.